**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jean E. Holler

Debtor(s)

CHAPTER 7

BKY. NO. 23-21315 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
27 Jun 2023, 10:09:54, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com