**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jean E. Holler | Social Security number or ITIN  xxx–xx–7359 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–21315–GLT | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jean E. Holler

10/11/23                                                     **By the court:** Gregory L Taddonio
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21315-GLT |
| Jean E. Holler | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 12, 2023 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jean E. Holler, 211 Garnier Street, Pittsburgh, PA 15215-2014 |
| 15611049 | + | Academy of Podiatry, 5841 Library Road, Bethel Park, PA 15102-3333 |
| 15611051 | + | Allegheny County, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 15611052 | + | Allegheny Health Network, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 15611055 | | City of Pittsburgh, 414 Grant Street, Room 205, Pittsburgh, PA 15219-2476 |
| 15611057 | + | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15611059 | + | Everett & Hurite, 1835 Forbes Ave., Pittsburgh, PA 15219-5835 |
| 15611061 | | Health Care Solutions, PO Box 105760, Atlanta, GA 30348-5760 |
| 15611062 | + | Heritage Vallye Health Systems, PO Box 536730, Pittsburgh, PA 15253-5909 |
| 15611063 | + | Integrated Medical Transport LLC, 2999 Revere St., Harrisburg, PA 17111-1332 |
| 15611069 | + | Northwest Emergency Medical Services, 366 Helen Street, Mc Kees Rocks, PA 15136-2744 |
| 15611075 | + | PGH20, 1200 Penn Avenue, Pittsburgh, PA 15222-4207 |
| 15611078 | | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15611080 | | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |
| 15611071 | + | Parkview Vol Fire Dept, PO Box 18230, Pittsburgh, PA 15236-0230 |
| 15611072 | | Parkview Volunteer Fire Department, 729 Fifth Avenue, Coraopolis, PA 15108-1525 |
| 15611088 | + | Shaler Hampton EMS, 1400 Lebanon Church Road, Pittsburgh, PA 15236-1455 |
| 15611090 | | United Revenue Collection Services, PO Box 19047, Langhorne, PA 19047 |
| 15611092 | + | West Hills Health & Rehabilitation, 951 Broadhead Road, Coraopolis, PA 15108-2349 |
| 15611093 | + | West Penn Hospital, 4800 Friendship Ave, Pittsburgh, PA 15224-1793 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 13 2023 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2023 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 13 2023 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2023 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 13 2023 03:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15611050 | ^ | MEBN | Oct 13 2023 00:47:08 | AHN, P.O. Box 645266, Pittsburgh, PA |

Case 23-21315-GLT    Doc 17    Filed 10/14/23    Entered 10/15/23 00:26:08    Desc Imaged
Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 12, 2023 | Form ID: 318 | Total Noticed: 49 |

| Recip ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | 15264-5250 |
| 15611053 | EDI: CAPITALONE.COM | Oct 13 2023 04:47:00 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 15611054 | EDI: CAPITALONE.COM | Oct 13 2023 04:47:00 | Capital One N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15611056 | + EDI: CCS.COM | Oct 13 2023 04:47:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15611058 | + Email/Text: kburkley@bernsteinlaw.com | Oct 13 2023 03:18:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15611060 | + Email/Text: cackerson_gaas@msn.com | Oct 13 2023 03:18:00 | Guardian Angel Ambulance Service, 411 W. 8th Ave., PO Box 435, West Homestead, PA 15120-0435 |
| 15611066 | Email/Text: compliance@monarchrm.com | Oct 13 2023 03:17:00 | Monarch Recovery Management, PO Box 986, Bensalem, PA 19020 |
| 15611065 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2023 03:18:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15611064 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2023 03:18:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15611067 | ^ MEBN | Oct 13 2023 00:47:17 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 15611068 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 13 2023 03:17:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 15611070 | Email/Text: csc.bankruptcy@amwater.com | Oct 13 2023 03:18:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15611073 | Email/Text: bankruptcies@penncredit.com | Oct 13 2023 03:17:00 | Penn Credit Corp, 2800 Commerce Dr., Harrisburg, PA 17110-9703 |
| 15611076 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2023 03:17:00 | PNC, PO Box 5570, Cleveland, OH 44101 |
| 15611077 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2023 03:17:00 | PNC Bank, PO Box 747032, Pittsburgh, PA 15274 |
| 15611079 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2023 03:17:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15611081 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2023 03:17:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 15611083 | EDI: PRA.COM | Oct 13 2023 04:47:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502-4962 |
| 15611082 | EDI: PRA.COM | Oct 13 2023 04:47:00 | Portfolio Recovery Associates, c/o PRA Receivables, PO Box 12914, Norfolk, VA 23541 |
| 15611074 | ^ MEBN | Oct 13 2023 00:47:14 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15611084 | + Email/Text: ngisupport@radiusgs.com | Oct 13 2023 03:17:00 | Radius Global Solutions, 7831 Glenroy Road, Suite 251-A, Minneapolis, MN 55439-3132 |
| 15611085 | + EDI: RMSC.COM | Oct 13 2023 04:47:00 | Sam's Club / Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15611086 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 13 2023 03:18:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15611087 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 13 2023 03:18:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15611089 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Oct 13 2023 03:17:00 | U.S. Bank Home Mortgage, PO Box 790415, Saint Louis, MO 63179-0415 |
| 15611091 | + Email/Text: BankruptcyNotice@upmc.edu | Oct 13 2023 03:18:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, |

Case 23-21315-GLT    Doc 17    Filed 10/14/23    Entered 10/15/23 00:26:08    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 318 | Total Noticed: 49 |

PA 15203-2348

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Kenneth Steidl | on behalf of Debtor Jean E. Holler julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5